IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Khadra Yussof,

    Plaintiff,

  v.                            Case No. C2-05-451
                                  JUDGE GRAHAM
Columbus Metropolitan
Housing Authority,

    Defendant.

## ORDER

This matter is before the court on plaintiff's motion for a temporary restraining order ("TRO") and preliminary injunction. Pursuant to S.D. Ohio Civ. R. 65.1, this court held a status conference on plaintiff's motion for a TRO on May 10, 2004.

For reasons stated in the record, plaintiff's motion for a TRO is granted and the defendant is ordered to reinstate plaintiff into the Section 8 Voucher Program, pay plaintiff's landlord any subsidy payments resulting from the termination, pay plaintiff's landlord any late fees resulting from the termination, and pay any utility allowance payments due to plaintiff retroactive to the date of termination pending the hearing on plaintiff's motion for a preliminary injunction.

It is further ordered that no security shall be required.

It is so ORDERED.

                                        s/James L. Graham
                                        JAMES L. GRAHAM
                                        United States District Judge

DATE: May 10, 2005